**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1414**

---

In re:  KATHERINE MOORE; AMY PALACIOS; EDYTA BASISTA,

  Petitioners.

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of North Carolina, at Raleigh.  (5:24-cv-00686-BO-KS)

---

Submitted:  May 22, 2025                                    Decided:  May 28, 2025

---

Before KING, AGEE, and WYNN, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Katherine Moore, Amy Palacios, Edyta Basista, Petitioners Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Katherine Moore, Amy Palacios, and Edyta Basista petition for a writ of mandamus, alleging that the district court has unduly delayed acting on their motions for a preliminary injunction. They seek an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied their motions and dismissed their case on April 25, 2025. Accordingly, because the district court has recently decided the Petitioners' case, we deny the pending motion to sever as moot, and we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*